IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AETNA LIFE INSURANCE COMPANY, | § § § § § § § § § § § § § § § | JURY DEMANDED |
| Plaintiff, | | |
| VS. | | CIVIL ACTION NO. 4:12-cv-02451 |
| CLEVELAND IMAGING AND SURGICAL HOSPITAL, L.L.C., d/b/a DOCTORS DIAGNOSTIC HOSPITAL, 2920 ER, L.L.C., d/b/a TRINITY HEALTHCARE NETWORK and ER DOC 24/7 PLLC, | | |
| Defendants. | | |

## PARTIAL DISMISSAL ORDER

1. The Court, having been advised that a settlement has been reached between certain parties, dismisses with prejudice Aetna Life Insurance's ("Aetna") claims against ER DOC 24/7 PLLC ("24/7").

2. The Court dismisses with prejudice 24/7's counterclaims against Aetna.

3. This Court retains jurisdiction to enforce the settlement.

4. Nothing in this Order shall affect Aetna's claims against the remaining Defendants in this litigation.

SIGNED 04 · 23, 2013.

_____
Hon. Lynn N. Hughes
UNITED STATES DISTRICT JUDGE

HOU:3296563.1