IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AETNA LIFE INSURANCE COMPANY, | § § § § § § § § § § § § § § § § § | JURY DEMANDED |
| Plaintiff, | | |
| VS. | | CIVIL ACTION NO. 4:12-cv-02451 |
| CLEVELAND IMAGING AND SURGICAL HOSPITAL, L.L.C., d/b/a DOCTORS DIAGNOSTIC HOSPITAL, 2920 ER, L.L.C., d/b/a TRINITY HEALTHCARE NETWORK and RAYFORD MANAGEMENT COMPANY LLC d/b/a PREMIER EMERGENCY ROOM & IMAGING, | | |
| Defendants. | | |

## AGREED ORDER REGARDING ER DOC 24/7

1. On April 23, 2013, the Court dismissed with prejudice Aetna Life Insurance's ("Aetna") claims against ER DOC 24/7 PLLC ("24/7") and 24/7's counterclaims against Aetna because of a settlement between the parties. (Dkt.#87)

2. As a result, the Partial Judgment (Dkt#160) and Opinion (Dkt#161) do not apply to 24/7.

SIGNED 9-02-2014

Hon. Lynn N. Hughes
UNITED STATES DISTRICT JUDGE

HOU:3470781.1

AGREED:

**ANDREWS KURTH LLP**

By: */s/ John B. Shely* _____
    **John B. Shely**
    Federal ID No. 7544
    State Bar No. 18215300
    **Dena Palermo**
    State Bar No. 08928830
    Federal ID No. 6082
    **Jeffrey D. Migit**
    Federal ID No. 20433
    State Bar No. 00794306
    600 Travis Street, Suite 4200
    Houston, Texas 77002
    (713) 220-4105 (JBS)
    (713) 220-3846 (DP)
    (713) 220-4472 (JDM)
    jshely@andrewskurth.com
    dpalermo@andrewskurth.com
    jmigit@andrewskurth.com

**ATTORNEYS FOR PLAINTIFF AETNA LIFE INSURANCE CO.**

**THE ESTES LAW FIRM, P.C.**

By: */s/ Joshua Estes* _____
    **Joshua Estes**
    Federal ID No. 637546
    State Bar No. 24043651
    1708 Thompson Road
    Richmond, Texas 77469
    (281) 238-5400
    (281) 238-9964
    joshuaestes@estespc.net

**ATTORNEYS FOR DEFENDANT ER DOC 24/7 PLLC**

-2-

HOU:3470781.1