Date: 3/16/2015

Houston, TEXAS.

Dear Hon. Chief Judge Ricardo H. Hinojosa,

Greetings. Please see the attached Financial Disclosure Report filed by the Federal court district Judge Lynn Hughes of Houston, Texas.

In spite of having clear conflict of interest and Judge himself admitting to conflict of interest, he still continues on the case.

The Rule of law applies to everybody in United State of America.

**What is the point of filing a report about financial disclosures and have conflict of interest and STILL no compliance by the Judge in higher positions in the courts ?**

Hope somebody will intervene and make things right for the minorities and Americans to put their belief in the American judicial courts/systems.

We thank you for the time to consider reading and appreciate anticipating for justice.

Anonymous

American Citizen

Copy to:	Committee on financial Disclosure,
	Administrative office of the United States Courts
	Suite 2-301, One Columbus Circle, N.E.
	Washington, D.C. 20544

U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

United States Senate Committee on the Judiciary
224 Dirksen Senate Office Building, Washington, D.C. 20510-6050
Phone: 202-224-5225

"Urgent"

Chief Judge Ricardo H. Hinojosa
(David Bradley)
Clerk of Court
P.O. Box. 5059
McAllen, TX 78501

6225 FM 2920 Rd — COMPANY NAME
Suite 100
Medical Center
Spring TX
1-281-257-5977

APR - 1 2015
RECEIVED
RHH